HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
PEGGY SASSO, CA BAR #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorneys for Defendant
VINCENT CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>VINCENT CAMPOS,<br><br>*Defendant.* | Case No. 1:20-mj-00027-SKO<br>20-CR-49 NONE SKO<br><br>[PROPOSED] ORDER FOR RELEASE AND TRANSPORTATION |

IT IS HEREBY ORDERED that defendant Vincent Campos (Vincent Campos: Fresno County Sheriff's Booking No. 2013228; Personal ID No. 7060280) shall be released to Destiny Vassar, Salvation Army Intake Coordinator, on Friday February 28, 2020 at 10:00 a.m. Ms. Vassar will then transport Mr. Campos directly to the Salvation Army Adult Rehabilitation Center, located at 804 S. Parallel Avenue, Fresno CA 93702 for his intake into the program.

Dated: February 27, 2020

HON. ERICA P. GROSJEAN
United States District Court Magistrate Judge

cc: Copy hand-delivered to USM, Fresno, on 2/27/2020