| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | VINCENT CAMPOS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:20-cr-00049-NONE-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| VINCENT CAMPOS, | DATE:   June 29, 2020 |
| | TIME:   1:00 p.m. |
| Defendant. | JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for March 30, 2020, may be continued until June 29, 2020, at 1:00 p.m.

Defense has received the initial discovery and has requested some additional supplemental discovery that the government is in the process of providing.  Additionally, the parties would like additional time to review the case and for plea negotiation purposes.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial and specifically under 18 U.S.C. § 3161(h)(1)(D) for defense preparation, investigation, review of discovery, and for plea negotiation purposes.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: March 16, 2020         By:   /s/ *Stephanie Stokman*
                                    STEPHANIE STOKMAN
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    HEATHER E. WILLIAMS
                                    Federal Defender

DATED: March 16, 2020         By:   /s/ *Charles J. Lee*
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    VINCENT CAMPOS


**O R D E R**

Pursuant to the parties' above Stipulation,

IT IS ORDERED that the status conference in the above-entitled case shall be continued to June 29, 2020, at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **March 16, 2020**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE