| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: 559-487-5561/Fax: 559-487-5950 |

Attorneys for Defendant
VINCENT CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:20-cr-00049-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY TERMS OF PRETRIAL RELEASE; ORDER |
| vs. | JUDGE: Hon. Barbara A. McAuliffe |
| VINCENT CAMPOS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel after consultation with supervising Pretrial Services Officer Jessica McConville, that Mr. Campos's order of release conditions be modified with the following additional conditions:

1. Due to medical concerns, all parties agree to terminate Mr. Campos 11 days early from the WestCare program.
2. All prior orders not in conflict remain in full force and effect.

Mr. Campos must reside at a location approved by Pretrial Services, follow all conditions of pretrial release and continue to participate in the Better Choices Court Program, as previously ordered by the Court.

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | McGREGOR W. SCOTT<br>United States Attorney |

DATED: July 17, 2020       By:       /s/ *Stephanie Stokman*
                                      STEPHANIE STOKMAN
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

                                      HEATHER E. WILLIAMS
                                      Federal Defender

DATED: July 17, 2020       By:       /s/ *Charles J. Lee*
                                      CHARLES J. LEE
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      VINCENT CAMPOS

### **O R D E R**

IT IS SO ORDERED that the following conditions be added to VINCENT CAMPOS's order of release:

1) Due to medical concerns, all parties agree to terminate Mr. Campos 11 days early from the WestCare program.
2) All prior orders not in conflict remain in full force and effect.

IT IS SO ORDERED.

Dated:   **July 17, 2020**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE