HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
VINCENT CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>VINCENT CAMPOS,<br><br>            Defendant. | Case No.  1:20-cr-00049-NONE-SKO<br><br>STIPULATION TO VACATE REVIEW HEARING; ORDER THEREON<br><br>JUDGE: Hon. Erica P. Grosjean<br>DATE:   July 29, 2020<br>TIME:   2:00 p.m. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference scheduled for July 29, 2020, to ensure Mr. Campos had appropriate compliance with his conditions of release, may be vacated.

When the July 29, 2020, status conference was initially scheduled, Mr. Campos was being ordered into the WestCare 90-day residential treatment program.  This status conference was to check in on his progress and to confirm he had an appropriate residence upon his successful completion.

At Mr. Campos's appearance at Better Choices on July 22, 2020, Pretrial Services updated the Court that Mr. Campos had done well at WestCare, but due to the Covid-19 outbreak, was excused from completing his last 11 days at WestCare.  He has been residing at his Pretrial approved residence with his longtime girlfriend and spending time with their

children.

As Mr. Campos will be regularly before the Court on his monthly Better Choices court appearances, the parties believe it is appropriate to vacate the July 29, 2020 status conference. Additionally, his regular status conference is scheduled for September 21, 2020, and time has already been excluded through that date.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: July 23, 2020         By:   /s/ *Stephanie Stokman*
                                   STEPHANIE STOKMAN
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

                                   HEATHER E. WILLIAMS
                                   Federal Defender

DATED: July 23, 2020         By:   /s/ *Charles J. Lee*
                                   CHARLES J. LEE
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   VINCENT CAMPOS

**O R D E R**

IT IS SO ORDERED that the status conference on July 29, 2020, shall be VACATED.

IT IS SO ORDERED.

Dated: **July 23, 2020**                /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE