HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant-Petitioner
VINCENT CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　vs.<br><br>VINCENT CAMPOS,<br><br>　　　　　*Defendant.* | Case No. 1:20-cr-00049 NONE-SKO-1<br><br>**SEALING ORDER**<br><br><br><br>JUDGE: Hon. Chief Judge Kimberly J. Mueller |

　　　　GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Campos's Motion Objecting to Reassignment for Sentencing and attached Declarations and Exhibits shall be filed ***under seal*** until further order of the court as they contain confidential and privileged information.

　　　　**IT IS SO ORDERED.**

DATED: September 27, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE