HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VINCENT CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00049-TLN-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO EXONERATE BOND; ORDER THEREON** |
| vs. | |
| VINCENT CAMPOS, | Judge: Hon. Erica P. Grosjean |
| Defendant. | |

Defendant Vincent Campos hereby moves this Court under Fed. R. Crim. P. 46(g) for exoneration of the cash bond and full reconveyance of the $25,000 cash posted collectively by Graviela Ceballos in the amount of $12,000 (Dkt. #10, Receipt # CAE100045056), Erica Campos in the amount of $8,000 (Dkt. #11, Receipt # CAE100045057) and Erica Ceballos in the amount of $5,000 (Dkt. #12, Receipt # CAE100045058).

On February 25, 2020, the Court ordered Defendant released on conditions including a $25,000 cash bond, which was posted on February 27, 2020. While Mr. Campos did have a Pretrial Violation Petition, he turned himself into custody on the petition as instructed by his Pretrial Officer and never missed any of his court appearances. Mr. Campos subsequently plead guilty and was sentenced on October 26, 2021, and received a sentence of 76 months. *See* Dkt. #85. Since no conditions of the bond remain to be satisfied, Mr. Campos is now requesting that the $25,000 cash bond be exonerated and reconveyed to the parties that posted them pursuant to

1 | Rule 46(g) of the Federal Rules of Criminal Procedure.  The government is in agreement with
2 | this proposed stipulation.

                          Respectfully submitted,

                          PHILLIP TALBERT
                          Acting United States Attorney

DATED: October 26, 2021       */s/ Stephanie Stokman*
                          STEPHANIE STOKMAN
                          Assistant United States Attorney
                          Attorney for Plaintiff

                          Respectfully submitted,

                          HEATHER E. WILLIAMS
                          Federal Defender

DATED: October 26, 2021       */s/ Charles J. Lee*
                          CHARLES J. LEE
                          Assistant Federal Defender
                          Attorneys for Defendant
                          VINCENT CAMPOS

**ORDER**

The Court finds that VINCENT CAMPOS has substantially complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $25,000 cash bond in the above-captioned case and reconvey the cash to Graviela Ceballos in the amount of $12,000, Erica Campos in the amount of $8,000, and Erica Ceballos in the amount of $5,000, who originally posted the cash bond.

IT IS SO ORDERED.

Dated:   **October 27, 2021**                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE